# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

EnchantedMob, Inc.

                        Plaintiff,

v.                                                           Case No.: 1:22–cv–02094

                                                                  Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 13, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court enters the following briefing schedule on Defendant Zhang Xia Ling's Motion to Vacate Preliminary Injunction Order [35]: Plaintiff's response is due on or before 07/06/2022; Defendant Zhang Xia Ling's reply is due on or before 07/20/2022. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.