# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

EnchantedMob, Inc.

                                            Plaintiff,

v.                                                               Case No.: 1:22–cv–02094

                                                                    Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court enters the following briefing schedule on Defendant's motion to enforce the settlement agreement [55]: Plaintiff's response is due on or before 8/23/2022; Defendant Zhenlik's reply is due on or before 09/14/2022. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.